IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO: 2:18-CV-275 |
| JUDITH E. BRINSON | ) |
| aka JUDITH E.GASKELL, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Now comes the United States of America, by and through its legal representative, the United States Attorney for the Southern District of Ohio, and for its cause of action alleges:

1. Jurisdiction is founded on 28 U.S.C. §1345.

2. Defendant resides within this judicial district and division.

3. On the date(s) set forth on the attached "Exhibit A", defendant executed and delivered one or more promissory notes, disbursed on December 12, 2003 in the amount of 34,653.76, and agreed to repay said sum as set forth in said note(s). A true copy of each said note is attached hereto, marked as "Exhibit A", and by this reference made a part hereof.

4. Although payment has been demanded, payment has not been made by the defendant in accordance with the terms of said note(s) and the entire balance has become due and payable.

5. After all payments on said note(s) have been properly credited, the entire unpaid balance due and owing to plaintiff from defendant is $31,829.83 principal, and $9,381.58 interest accrued through December 27, 2017, with additional interest accruing on the principal balance

from said date at the rate of 3 percent per annum, all of which is evidenced by the Certificate of Indebtedness which is attached hereto, marked as "Exhibit B", and by this reference made a part hereof.

      WHEREFORE, plaintiff prays for judgment against defendant in the amount of $31,829.83 principal, and $9,381.58 interest accrued through December 27, 2017, and additional interest on the principal balance from said date at the rate of 3 percent per annum to the date of judgment. Plaintiff further prays for its costs and for an award of postjudgment interest at the highest rate allowable by law, and for all further just and proper orders.

      Respectfully submitted,

      BENJAMIN C. GLASSMAN
      United States Attorney


      s/Bethany J. Hamilton
      BETHANY J. HAMILTON (0075139)
      Assistant United States Attorney
      Attorney for Plaintiff
      303 Marconi Boulevard, Suite 200
      Columbus, Ohio 43215
      Office: (614) 469-5715
      Fax: (614) 469-5240
      E-mail: Bethany.Hamilton@usdoj.gov

✎JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
BETHANY J. HAMILTON, Assistant United States Attorney
303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215
(614)469-5715

## DEFENDANTS
JUDITH E. BRINSON aka JUDITH E. GASKELL

County of Residence of First Listed Defendant    UNION
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C §1345
Brief description of cause:
Recovery of monies owing as a result of US Department of Education Loan Default

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/23/18
SIGNATURE OF ATTORNEY OF RECORD
Bethany J. Hamilton, Assistant U.S. Attorney

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

POOR SOURCE ORIGINAL
DOCUMENTS RETAINED

**Federal Family Education Loan Program (FFELP)**
**Federal Consolidation Loan Application and Promissory Note**

Guarantor, Lender or Program Identification:
RISLA
560 Jefferson Blvd. Warwick, RI 02886

OMB No. 1845-0036
Form Approved
Exp. Date 06/30/2003

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

## Section A. Borrower Information *(Please print in dark ink or type. Read the instructions carefully.)*

1. Last Name: Gaskell  First Name: Judith  MI:
2. Social Security Number: ---8327
3. Home Telephone Number: (412)358-8785
4. Permanent Street Address (If P.O. Box, see instructions)
5. Former Name(s)
6. Date of Birth (Month/Day/Year)
7. Driver's License State and Number
8. Employer Name: Family Health Council Inc.
9. (Email, etc.)
10. Consolidation Lender Name: RISLA  City: Warwick  State: RI  Zip: 02886
11. Lender Code: 528577

## Section B. Spouse Information *(Only complete if spouse has eligible loans you wish to consolidate jointly with yours.)*

12. Last Name  First Name  MI
13. Social Security Number
14. Date of Birth
15. Former Name(s)
16. Driver's License State and Number
17. Fax and E-mail address (optional)
18. Employer Name / Address

## Section C. Reference Information

19. References: You must provide two separate references with different U.S. addresses. Do not include individuals who live with you (e.g., spouse) or live outside the United States. Both references must be completed fully and should be relatives or acquaintances (of you and your spouse if you are consolidating jointly) you have known for at least three years.

A. Name: Patricia Gaskell — Relationship: Mother
B. Name: William Gaskell — Relationship: Father

## Section D. Education Loan Indebtedness *(Read the instructions before completing this section.)*

| 20. Loan Type | 21. Lender/Servicer Name and Address | 22. B=Borrower S=Spouse J=Joint | 23. Account Number | 24. Interest Rate | 25. Current Balance | 26. To Be Consolidated Yes / No |
|---|---|---|---|---|---|---|
| | Nelnet Loan Services | B | See attached | 9.9 | 15,403.14 | ✓ |
| | " " | B | " " | 8.8 | 13,154.61 | ✓ |
| | " " | B | " " | 9.8 | 6,001.68 | ✓ |
| | | | | 0 | 0 | |
| | | | | 0 | 0 | |
| | | | | 0 | 0 | |

27. Borrowers Currently in Grace Period Only – Grace End Date: 11/17/03

## Section E. Repayment Options

28. Repayment Option (select one): A. ☒ Standard Payments  B. ☐ Graduated Payments  C. ☐ Income-sensitive Payments  D. ☐ Extended Payments

## Section F. Promissory Note

29. Promise to Pay: [promissory note text]

THIS IS A LOAN THAT MUST BE REPAID.

30. Borrower's Signature: Judith E. Gaskell  Today's Date: 11-6-03
31. Spouse's Signature (If consolidating jointly and Section B is completed):  Today's Date:

GOVERNMENT EXHIBIT A

"Pay to the order of the Rhode Island Higher Education Assistance Authority without recourse or warranty to the undersigned."

Name of Lender: Rhode Island Student Loan Authority
Signature of Officer: Amber Page
Print Name of Officer: Amber Page
Title of Officer: Loan Processor
Date Signed: Jan 4, 2008

I declare under penalty of perjury that the foregoing is a True and Correct copy of the original Promissory Note.

Signed: Amber Page
Title: Loan Processor
Date: Jan 4, 2008



```
RHODE ISLAND HIGHER EDUCATION
C/O SALLIE MAE, INC.
P.O. BOX 6180
INDIANAPOLIS IN 46206-6180
```

## IDEMNIFICATION AGREEMENT FOR THE ASSIGNMENT OF FEDERAL FAMILY EDUCATION LOAN WITH DAMAGED PROMISSORY NOTE OR PROMISSORY NOTE WITH UNINITIALED ALTERATIONS

Borrower's Current Name: __BRINSON__                                   __JUDITH        E__
                                  Last                                 First   MI

Borrower's Previous Name: _____
                               (Last, First, Middle)

Borrower's Correct SSN: __XXX-XX-8327__

First Disbursement Date: __12/19/2003__

Last Disbursement Date: __12/19/2003__

Disbursement Amount: __$34,653.76__

In assigning Stafford Student Loans/Supplemental Loans for Students/Parent (PLUS) Loans/Consolidated Loans to the Secretary of Education (hereinafter "the Secretary"), The Rhode Island Higher Education Assistance Authority (hereinafter "Guaranty Agency") agrees that if any loan assigned to the Secretary by the Guaranty Agency without an original promissory note or certified true copy in good condition should become uncollectable by reason of such damaged promissory note or because it contains alterations without the borrower's initials, or if the Secretary, in his sole discretion, determines that the loan cannot be enforced because of the damaged or altered promissory note, the Secretary is entitled to recover from the Guaranty Agency the amount of reinsurance attributable to such loan previously paid to the Guaranty Agency, plus interest from the date the reinsurance was paid. The Secretary may recover amounts due under this agreement by withholding such amounts from any payments due to the Guaranty Agency from the Department of Education.

The Guaranty Agency also agrees that the assignment of any loan covered by this Agreement includes the assignment to the Secretary of any rights held by the Guaranty Agency under any indemnification agreement or warranty executed by the lender in favor of the Guaranty Agency (lender indemnification agreement). In the event the Secretary recovers from the Guaranty Agency the amount paid in reinsurance for a loan covered by the agreement, the Secretary will release to the Guaranty Agency his rights in the applicable lender indemnification agreement.

__06/18/2013__                          _(signature) Douglas E. St. Peters_
DATE                                    Signature of Guaranty Agency Official
                                             Douglas E. St. Peters
                                             Vice President Portfolio Management
                                             As authorized agent for
                                             Rhode Island Higher Education Assistance Authority

DSUARI

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

                                    Judith E. Brinson
                                    Aka: Judith Gaskell, Judith E. Gaskell

                                  Account No. XXXXX8327

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 12/27/17.

On or about 11/06/03, the BORROWER executed a promissory note to secure a Federal Family Education Loan Program Consolidation loan from RISLA, Warwick, RI. This loan was disbursed for $34,653.76 on 12/19/03 at 3% interest per annum. The loan obligation was guaranteed by Rhode Island Higher Education Assistance Authority, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $3,441.76 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 02/28/08, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $31,829.83 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b) (4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 09/29/13, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

Principal:          $31,829.83

Interest:           $ 9,381.58

    Total debt as of 12/27/17:      $41,211.41

Interest accrues on the principal shown here at the rate of $2.61 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2-6-18                                     _____
                                                                         Loan Analyst
                                                                         Litigation Support Unit

                                                                      Philippe Guillon
                                                                      Loan Analyst


GOVERNMENT EXHIBIT B